**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MURRAY, ROBERT T § Case No. 17-82940
   MURRAY, PEGGY L § 
 § 
Debtor(s) § 

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

 1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 15, 2017. The undersigned trustee was appointed on December 15, 2017.

 2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

 3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

 4. The trustee realized the gross receipts of    $   14,892.00

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 5.43 |
| Bank service fees | 94.93 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 14,791.64 |

The remaining funds are available for distribution.

 5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/09/2018 and the deadline for filing governmental claims was 06/13/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,239.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,239.20, for a total compensation of $2,239.20.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $113.49, for total expenses of $113.49.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/30/2018          By: /s/JOSEPH D. OLSEN
                          Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-82940  
**Case Name:** MURRAY, ROBERT T  
MURRAY, PEGGY L  
**Period Ending:** 08/30/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 12/15/17 (f)  
**§341(a) Meeting Date:** 01/30/18  
**Claims Bar Date:** 05/09/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 319 Sheridan St., Rockford, IL 61103-0000, Winne<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1811-8th Ave, Rockford, IL 61104-0000, Winnebago<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 41,000.00 | 0.00 | | 0.00 | FA |
| 3 | 608 N Day Ave, Rockford, IL 61101-0000, Winnebag<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 28,000.00 | 0.00 | | 0.00 | FA |
| 4 | 1203 Taylor St, Rockford, IL 61101-0000, Winneba<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 31,000.00 | 0.00 | | 0.00 | FA |
| 5 | 1012 N Rockton Ave, Rockford, IL 61103-0000, Win<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 25,000.00 | 0.00 | | 0.00 | FA |
| 6 | 1308 Taylor St, Rockford, IL 61101-0000, Winneba<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 35,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2111 Andrews St, Rockford, IL 61101-0000, Winneb<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 24,000.00 | 0.00 | | 0.00 | FA |
| 8 | 3227 Hanover Dr, Rockford, IL 61101-0000, Winneb<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 34,000.00 | 0.00 | | 0.00 | FA |
| 9 | 3020 Garfield Dr, Rockford, IL 61101-0000, Winne<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 36,000.00 | 0.00 | | 0.00 | FA |
| 10 | 3661 Grenoble Ct, Rockford, IL 61114-0000, Winne<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 180,000.00 | 23,000.00 | | 0.00 | FA |
| 11 | Cash<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 12 | checking: Northwest Bank | 1,700.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-82940  
**Case Name:** MURRAY, ROBERT T  
MURRAY, PEGGY L  
**Period Ending:** 08/30/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 12/15/17 (f)  
**§341(a) Meeting Date:** 01/30/18  
**Claims Bar Date:** 05/09/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13  checking: Northwest Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 287.00 | 0.00 | | 0.00 | FA |
| 14  checking: Associated Bank (rental income)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,000.00 | 7,000.00 | | 7,230.00 | FA |
| 15  2 beds, table, 3 dressers, 2 sofas, washer, drye<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 16  2 TVs, VCR, DVD player, 3 computers, stereo, wit<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 17  cell phones, with estimated retail value of $400<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 18  hand and power tools, with estimated retail valu<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 19  lawnmower, with estimated retail value of $100<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 20  Debtors' clothing, with estimated retail value o<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 21  jewelry, with estimated retail value of $400<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 22  exercise equipment, with estimated retail value<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 23  3 bicycles, with estimated retail value of $600<br>Orig. Asset Memo: Imported from original petition | 300.00 | 300.00 | | 0.00 | FA |

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-82940  
**Case Name:** MURRAY, ROBERT T  
MURRAY, PEGGY L  
**Period Ending:** 08/30/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 12/15/17 (f)  
**§341(a) Meeting Date:** 01/30/18  
**Claims Bar Date:** 05/09/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Doc# 1 | | | | | |
| 24 | golf clubs, with estimated retail value of $50<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 25.00 | 25.00 | | 0.00 | FA |
| 25 | cello, with estimated retail value of $100<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 26 | Retirement Savings (for social security benefits<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 27 | Ret. or Pension Acct.: IRA<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 245,000.00 | 0.00 | | 0.00 | FA |
| 28 | Ret. or Pension Acct.: pension, monthly benefit<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 29 | unpaid rent estimated at $8,000<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 30 | 2008 GMC 17' Box Truck, 195,000 miles, dealer va<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 6,500.00 | 6,500.00 | | 0.00 | FA |
| 31 | 2005 Jeep Wrangler, 100,000 miles, dealer value<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 32 | 2007 Chevy Colorado pick-up truck, 120,000 miles<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 33 | 2006 Honda Motorcycle, 6,000 miles, dealer value<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 34 | 30' one-bedroom Mobile home, located in Lake Gen<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 10,000.00 | 5,000.00 | | 5,000.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 17-82940  
**Case Name:** MURRAY, ROBERT T  
MURRAY, PEGGY L  
**Period Ending:** 08/30/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 12/15/17 (f)  
**§341(a) Meeting Date:** 01/30/18  
**Claims Bar Date:** 05/09/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 35 | desk<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 36 | An agreement you made (such as mortgage or secur (u)<br>This item was imported by BMS, we have no knowledge of what it is. | 0.00 | 0.00 | | 0.00 | FA |
| 37 | 2017 Federal income tax refund (u) | 0.00 | 4,000.00 | | 2,662.00 | FA |
| 38 | 2017 State income tax refund (u) | 0.00 | 1,000.00 | | 0.00 | FA |
| 39 | 2718 Ashland Court, Rockford, IL 61101 | 40,000.00 | 0.00 | | 0.00 | FA |
| 39 | **Assets** **Totals** (Excluding unknown values) | **$810,812.00** | **$55,725.00** | | **$14,892.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

objection to exemptions; possible sale of real estate and mobile home

**Initial Projected Date Of Final Report (TFR):** December 31, 2018   **Current Projected Date Of Final Report (TFR):** December 31, 2018

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-82940  
**Case Name:** MURRAY, ROBERT T  
    MURRAY, PEGGY L  
**Taxpayer ID #:** **-***9491  
**Period Ending:** 08/30/18  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/14/18 | {14} | Peggy Murray | Partial account balance | 1129-000 | 6,810.00 | | 6,810.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,800.00 |
| 03/16/18 | {34} | Robert Murray | SALES PROCEEDS-PERSONAL PROPERTY | 1129-000 | 5,000.00 | | 11,800.00 |
| 03/16/18 | {14} | Robert Murray | bal. in deposit a/c | 1129-000 | 420.00 | | 12,220.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.63 | 12,207.37 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.97 | 12,190.40 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.28 | 12,171.12 |
| 06/05/18 | 101 | International Surities Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2018 FOR CASE #17-82940, Bond No. 016018067, Term: 06/01/2018 to 06/01/2019 | 2300-000 | | 5.43 | 12,165.69 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.91 | 12,148.78 |
| 07/26/18 | {37} | Robert and Peggy Murray | Portion of Income Tax Refund per Court Order (Doc 68) entered 7/16/2018. | 1224-000 | 2,662.00 | | 14,810.78 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.14 | 14,791.64 |
| | | | **ACCOUNT TOTALS** | | 14,892.00 | 100.36 | $14,791.64 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,892.00 | 100.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,892.00** | **$100.36** | |

| | | |
|---|---|---|
| Net Receipts : | 14,892.00 | |
| Net Estate : | $14,892.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5766 | 14,892.00 | 100.36 | 14,791.64 |
| | $14,892.00 | $100.36 | $14,791.64 |

{} Asset reference(s)

Printed: 08/30/2018 08:20 AM    V.14.14

# Exhibit "C" - Analysis of Claims Register

## Case:  17-82940    MURRAY, ROBERT T

**Case Balance:** $14,791.64    **Total Proposed Payment:** $14,791.64    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Attorney Joseph D Olsen <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,510.50 | 1,510.50 | 0.00 | 1,510.50 | 1,510.50 | 13,281.14 |
|  | JOSEPH D. OLSEN <br> <2200-00   Trustee Expenses> | Admin Ch. 7 | 113.49 | 113.49 | 0.00 | 113.49 | 113.49 | 13,167.65 |
|  | JOSEPH D. OLSEN <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 2,239.20 | 2,239.20 | 0.00 | 2,239.20 | 2,239.20 | 10,928.45 |
| 2 | Blackhawk Bank | Secured | 111,421.03 | 111,421.03 | 0.00 | 111,421.03 | 0.00 | 10,928.45 |
| 3 | Ditech Financial LLC fka Green Tree Servicing LLC | Secured | 75,766.33 | 75,766.33 | 0.00 | 75,766.33 | 0.00 | 10,928.45 |
| 1 | Capital One Bank (USA), N.A. | Unsecured | 13,294.02 | 13,294.02 | 0.00 | 13,294.02 | 704.52 | 10,223.93 |
| 4 | Verizon by American InfoSource | Unsecured | 253.00 | 253.00 | 0.00 | 253.00 | 13.41 | 10,210.52 |
| 5 | PYOD, LLC its successors and assigns as assignee | Unsecured | 492.79 | 492.79 | 0.00 | 492.79 | 26.12 | 10,184.40 |
| 6 | UNITED STATES DEPARTMENT OF EDUCATION | Unsecured | 192,176.33 | 192,176.33 | 0.00 | 192,176.33 | 10,184.40 | 0.00 |
|  | **Total for Case 17-82940 :** |  | **$397,266.69** | **$397,266.69** | **$0.00** | **$397,266.69** | **$14,791.64** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $3,863.19 | $3,863.19 | $0.00 | $3,863.19 | 100.000000% |
| **Total Secured Claims :** | $187,187.36 | $187,187.36 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $206,216.14 | $206,216.14 | $0.00 | $10,928.45 | 5.299512% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 17-82940
Case Name: MURRAY, ROBERT T
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $ 14,791.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Blackhawk Bank | 111,421.03 | 111,421.03 | 0.00 | 0.00 |
| 3 | Ditech Financial LLC fka Green Tree Servicing LLC | 75,766.33 | 75,766.33 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,791.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,239.20 | 0.00 | 2,239.20 |
| Trustee, Expenses - JOSEPH D. OLSEN | 113.49 | 0.00 | 113.49 |
| Attorney for Trustee, Fees - Attorney Joseph D Olsen | 1,510.50 | 0.00 | 1,510.50 |

Total to be paid for chapter 7 administration expenses: $ 3,863.19
Remaining balance: $ 10,928.45

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,928.45

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $          0.00
Remaining balance:   $     10,928.45

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 206,216.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 13,294.02 | 0.00 | 704.52 |
| 4 | Verizon by American InfoSource | 253.00 | 0.00 | 13.41 |
| 5 | PYOD, LLC its successors and assigns as assignee | 492.79 | 0.00 | 26.12 |
| 6 | UNITED STATES DEPARTMENT OF EDUCATION | 192,176.33 | 0.00 | 10,184.40 |

Total to be paid for timely general unsecured claims:   $     10,928.45
Remaining balance:   $          0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**