# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: MURRAY, ROBERT T          § Case No. 17-82940
       MURRAY, PEGGY L           §
                                 §
Debtor(s)                        §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $793,812.00           Assets Exempt: $284,087.00
(without deducting any secured claims)

Total Distribution to Claimants: $10,928.45    Claims Discharged
                                               Without Payment: $13,295.76

Total Expenses of Administration: $3,963.55
```

3) Total gross receipts of $ 14,892.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,892.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $187,187.36 | $187,187.36 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,510.50 | 3,963.55 | 3,963.55 | 3,963.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 206,216.14 | 206,216.14 | 10,928.45 |
| **TOTAL DISBURSEMENTS** | $1,510.50 | $397,367.05 | $397,367.05 | $14,892.00 |

4) This case was originally filed under Chapter 7 on December 15, 2017. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2018          By: /s/JOSEPH D. OLSEN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking: Associated Bank (rental income) | 1129-000 | 7,230.00 |
| 30' one-bedroom Mobile home, located in Lake Gen | 1129-000 | 5,000.00 |
| 2017 Federal income tax refund | 1224-000 | 2,662.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,892.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Blackhawk Bank | 4110-000 | N/A | 111,421.03 | 111,421.03 | 0.00 |
| 3 | Ditech Financial LLC fka Green Tree Servicing LLC | 4110-000 | N/A | 75,766.33 | 75,766.33 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$187,187.36** | **$187,187.36** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 2,239.20 | 2,239.20 | 2,239.20 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 113.49 | 113.49 | 113.49 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 1,510.50 | 1,510.50 | 1,510.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.63 | 12.63 | 12.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.97 | 16.97 | 16.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.28 | 19.28 | 19.28 |
| Other - International Surities Ltd | 2300-000 | N/A | 5.43 | 5.43 | 5.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.91 | 16.91 | 16.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.14 | 19.14 | 19.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,963.55** | **$3,963.55** | **$3,963.55** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 13,294.02 | 13,294.02 | 704.52 |
| 4 | Verizon by American InfoSource | 7100-000 | N/A | 253.00 | 253.00 | 13.41 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 492.79 | 492.79 | 26.12 |
| 6 | UNITED STATES DEPARTMENT OF EDUCATION | 7100-000 | N/A | 192,176.33 | 192,176.33 | 10,184.40 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $206,216.14 | $206,216.14 | $10,928.45 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-82940  
**Case Name:** MURRAY, ROBERT T  
                MURRAY, PEGGY L  
**Period Ending:** 12/11/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 12/15/17 (f)  
**§341(a) Meeting Date:** 01/30/18  
**Claims Bar Date:** 05/09/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 319 Sheridan St., Rockford, IL 61103-0000, Winne<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1811-8th Ave, Rockford, IL 61104-0000, Winnebago<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 41,000.00 | 0.00 | | 0.00 | FA |
| 3 | 608 N Day Ave, Rockford, IL 61101-0000, Winnebag<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 28,000.00 | 0.00 | | 0.00 | FA |
| 4 | 1203 Taylor St, Rockford, IL 61101-0000, Winneba<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 31,000.00 | 0.00 | | 0.00 | FA |
| 5 | 1012 N Rockton Ave, Rockford, IL 61103-0000, Win<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 25,000.00 | 0.00 | | 0.00 | FA |
| 6 | 1308 Taylor St, Rockford, IL 61101-0000, Winneba<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 35,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2111 Andrews St, Rockford, IL 61101-0000, Winneb<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 24,000.00 | 0.00 | | 0.00 | FA |
| 8 | 3227 Hanover Dr, Rockford, IL 61101-0000, Winneb<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 34,000.00 | 0.00 | | 0.00 | FA |
| 9 | 3020 Garfield Dr, Rockford, IL 61101-0000, Winne<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 36,000.00 | 0.00 | | 0.00 | FA |
| 10 | 3661 Grenoble Ct, Rockford, IL 61114-0000, Winne<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 180,000.00 | 23,000.00 | | 0.00 | FA |
| 11 | Cash<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 12 | checking: Northwest Bank | 1,700.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-82940  
**Case Name:** MURRAY, ROBERT T  
MURRAY, PEGGY L  
**Period Ending:** 12/11/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 12/15/17 (f)  
**§341(a) Meeting Date:** 01/30/18  
**Claims Bar Date:** 05/09/18

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | checking: Northwest Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 287.00 | 0.00 | | 0.00 | FA |
| 14 | checking: Associated Bank (rental income)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,000.00 | 7,000.00 | | 7,230.00 | FA |
| 15 | 2 beds, table, 3 dressers, 2 sofas, washer, drye<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 16 | 2 TVs, VCR, DVD player, 3 computers, stereo, wit<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 17 | cell phones, with estimated retail value of $400<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 18 | hand and power tools, with estimated retail valu<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 19 | lawnmower, with estimated retail value of $100<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 20 | Debtors' clothing, with estimated retail value o<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 21 | jewelry, with estimated retail value of $400<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 22 | exercise equipment, with estimated retail value<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 23 | 3 bicycles, with estimated retail value of $600<br>Orig. Asset Memo: Imported from original petition | 300.00 | 300.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-82940  
**Case Name:** MURRAY, ROBERT T  
MURRAY, PEGGY L  
**Period Ending:** 12/11/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 12/15/17 (f)  
**§341(a) Meeting Date:** 01/30/18  
**Claims Bar Date:** 05/09/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 1 |  |  |  |  |  |
| 24 | golf clubs, with estimated retail value of $50<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 25.00 | 25.00 |  | 0.00 | FA |
| 25 | cello, with estimated retail value of $100<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 50.00 |  | 0.00 | FA |
| 26 | Retirement Savings (for social security benefits<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 |  | 0.00 | FA |
| 27 | Ret. or Pension Acct.: IRA<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 245,000.00 | 0.00 |  | 0.00 | FA |
| 28 | Ret. or Pension Acct.: pension, monthly benefit<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 29 | unpaid rent estimated at $8,000<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 |  | 0.00 | FA |
| 30 | 2008 GMC 17' Box Truck, 195,000 miles, dealer va<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 6,500.00 | 6,500.00 |  | 0.00 | FA |
| 31 | 2005 Jeep Wrangler, 100,000 miles, dealer value<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4,000.00 | 4,000.00 |  | 0.00 | FA |
| 32 | 2007 Chevy Colorado pick-up truck, 120,000 miles<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 4,000.00 | 4,000.00 |  | 0.00 | FA |
| 33 | 2006 Honda Motorcycle, 6,000 miles, dealer value<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,000.00 | 0.00 |  | 0.00 | FA |
| 34 | 30' one-bedroom Mobile home, located in Lake Gen<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 10,000.00 | 5,000.00 |  | 5,000.00 | FA |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-82940  
**Case Name:** MURRAY, ROBERT T  
　　　　　　　MURRAY, PEGGY L  
**Period Ending:** 12/11/18

**Trustee:**　(330400)　JOSEPH D. OLSEN  
**Filed (f) or Converted (c):**　12/15/17 (f)  
**§341(a) Meeting Date:**　01/30/18  
**Claims Bar Date:**　05/09/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 35 | desk<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 36 | An agreement you made (such as mortgage or secur (u)<br>　This item was imported by BMS, we have no knowledge of what it is. | 0.00 | 0.00 | | 0.00 | FA |
| 37 | 2017 Federal income tax refund  (u) | 0.00 | 4,000.00 | | 2,662.00 | FA |
| 38 | 2017 State income tax refund  (u) | 0.00 | 1,000.00 | | 0.00 | FA |
| 39 | 2718 Ashland Court, Rockford, IL  61101 | 40,000.00 | 0.00 | | 0.00 | FA |
| 39 | **Assets**　Totals (Excluding unknown values) | **$810,812.00** | **$55,725.00** | | **$14,892.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　objection to exemptions; possible sale of real estate and mobile home

**Initial Projected Date Of Final Report (TFR):**　December 31, 2018　　**Current Projected Date Of Final Report (TFR):**　December 31, 2018

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-82940  
**Case Name:** MURRAY, ROBERT T  
MURRAY, PEGGY L  
**Taxpayer ID #:** **-***9491  
**Period Ending:** 12/11/18  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/18 | {14} | Peggy Murray | Partial account balance | 1129-000 | 6,810.00 | | 6,810.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,800.00 |
| 03/16/18 | {34} | Robert Murray | SALES PROCEEDS-PERSONAL PROPERTY | 1129-000 | 5,000.00 | | 11,800.00 |
| 03/16/18 | {14} | Robert Murray | bal. in deposit a/c | 1129-000 | 420.00 | | 12,220.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.63 | 12,207.37 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.97 | 12,190.40 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.28 | 12,171.12 |
| 06/05/18 | 101 | International Surities Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2018 FOR CASE #17-82940, Bond No. 016018067, Term: 06/01/2018 to 06/01/2019 | 2300-000 | | 5.43 | 12,165.69 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.91 | 12,148.78 |
| 07/26/18 | {37} | Robert and Peggy Murray | Portion of Income Tax Refund per Court Order (Doc 68) entered 7/16/2018. | 1224-000 | 2,662.00 | | 14,810.78 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.14 | 14,791.64 |
| 10/02/18 | 102 | Capital One Bank (USA), N.A. | Check for Claim No. 1 | 7100-000 | | 704.52 | 14,087.12 |
| 10/02/18 | 103 | Verizon by American InfoSource | Check for Claim No. 4 | 7100-000 | | 13.41 | 14,073.71 |
| 10/02/18 | 104 | PYOD, LLC its successors and assigns as assignee | Check for Claim No. 5 | 7100-000 | | 26.12 | 14,047.59 |
| 10/02/18 | 105 | UNITED STATES DEPARTMENT OF EDUCATION | Check for Claim No. 6 | 7100-000 | | 10,184.40 | 3,863.19 |
| 10/02/18 | 106 | Attorney Joseph D Olsen | ATTORNEY FEES & EXPENSES | 3110-000 | | 1,510.50 | 2,352.69 |
| 10/02/18 | 107 | JOSEPH D. OLSEN | ATTORNEY FEES & EXPENSES | 2200-000 | | 113.49 | 2,239.20 |
| 10/02/18 | 108 | JOSEPH D. OLSEN | TRUSTEE'S FEES & EXPENSES | 2100-000 | | 2,239.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,892.00 | 14,892.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 14,892.00 | 14,892.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,892.00** | **$14,892.00** | |

{} Asset reference(s)

Printed: 12/11/2018 04:57 PM    V.14.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 17-82940 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MURRAY, ROBERT T | | **Bank Name:** | Rabobank, N.A. |
| | MURRAY, PEGGY L | | **Account:** | ******5766 - Checking Account |
| **Taxpayer ID #:** | **-***9491 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 12/11/18 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Net Receipts : | 14,892.00 | | | | |
| | | Net Estate : | $14,892.00 | | | | |

|  | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5766** | 14,892.00 | 14,892.00 | 0.00 |
| | $14,892.00 | $14,892.00 | $0.00 |

{} Asset reference(s)

Printed: 12/11/2018 04:57 PM   V.14.14